**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
    Petitioner,
    vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
    Respondent,
    and
THE STATE OF NEVADA,
    Real Party in Interest.

No. 68294

**FILED**

SEP 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING PETITION*

This is a pro se petition for a writ of mandamus. Second Judicial District Court, Washoe County. Petitioner has submitted a "Voluntary Dismissal."[1] We elect to treat this as a motion for a voluntary dismissal of this petition and, cause appearing, we grant it. We

ORDER this petition DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]The clerk of this court shall file the pro se notice received on August 19, 2015.

15-27116

cc: Frank Milford Peck
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A